# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL ACTION CENTER, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No.01CV00072 (GK) |

## JOINT MOTION FOR ORDER DISMISSING CASE WITH PREJUDICE AND RETAINING JURISDICTION FOR PURPOSE OF ENFORCING PAYMENT OF SETTLEMENT AMOUNT

Plaintiffs and Defendants District of Columbia, Charles H. Ramsey, Robert Atcheson, Robin Hoey, Lorraine Kittrell, Cheryl Peacock Pendergast, Patrick Cumba, and Jed Worrell (collectively, "District Defendants") have entered into a Settlement Agreement[1] resolving this matter with respect to the claims against the District Defendants (a copy of which is attached as Attachment A). Paragraph 4 of the Settlement Agreement contemplates that the District of Columbia shall pay a Settlement Amount to Plaintiffs and that this Court shall retain jurisdiction solely for the purpose of enforcing the District's obligation to pay the Settlement Amount as follows:

> The Settlement Amount is payable only from the funds of the District of Columbia and may not be collected from any other defendant in this action or from any other person or entity. This Settlement Amount is to be paid by check payable to The Partnership for Civil Justice Trust

---

[1] The Settlement Agreement is strictly between plaintiffs and the District Defendants. The Federal Defendants are not a party to the Settlement Agreement and plaintiffs' claims against the Federal Defendants are not within the scope of or intended to be affected by the Settlement Agreement.

Account ("the Payee"), within sixty (60) days of the execution of this Settlement Agreement; in the event that payment is not made within sixty (60) days of the execution of this Settlement Agreement, interest will accrue upon the Settlement Amount at the rate provided for by 28 U.S.C. Section 1961 for interest upon judgments commencing on the sixty-first (61st) day following the execution of this Settlement Agreement.  If payment of the Settlement Amount and such interest as may be provided for pursuant to the terms of this paragraph is not transmitted to the Payee within sixty-one (61) days of the execution of this Settlement Agreement, the Payees may move to enforce the District's obligation to pay this Settlement Amount.

In order that the claims may be dismissed with prejudice as between these parties, and that Plaintiffs be able to enforce the rights provided them as set above, the Plaintiffs and District Defendants jointly move this Court to dismiss Plaintiffs' claims against the District Defendants with prejudice and retain jurisdiction solely for the purpose of enforcing the obligation set forth above.

                      Respectfully submitted,

| | |
|---|---|
| EUGENE A. ADAMS<br>Interim Attorney General<br>for the District of Columbia | s/ Carl Messineo<br>Carl Messineo (#450033)<br>Mara Verheyden-Hilliard (#450031)<br>PARTENERSHIP FOR CIVIL JUSTICE |
| GEORGE C. VALENTINE<br>Deputy Attorney General<br>Civil Litigation Division | 10 G Street, NE Suite 650<br>Washington, DC 20002<br>(202) 789-4330<br>(202) 789-4333 facsimile |
| s/ Ellen Efros<br>ELLEN EFROS [250746]<br>Acting Chief, Equity Section I | Counsel for Plaintiffs |
| s/Thomas L. Koger<br>THOMAS L. KOGER [427921]<br>Senior Assistant Attorney General | |
| s/ Carla L. Leader<br>CARLA L. LEADER [473968]<br>Assistant Attorney General<br>441 Fourth Street, NW, 6th Floor South<br>Washington, DC 20001<br>(202) 724-6623; (202) 724-6610 | |

(202) 727-3625 (fax)

Attorneys for District Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| INTERNATIONAL ACTION CENTER, *et al.*,<br><br>         Plaintiff,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA, *et al.*,<br><br>         Defendants. | Case No.01CV00072 (GK) |

**ORDER DISMISSING CASE WITH PREJUDICE AND RETAINING JURISDICTION FOR PURPOSE OF ENFORCING PAYMENT OF SETTLEMENT AMOUNT**

Plaintiffs and Defendants District of Columbia, Charles H. Ramsey, Robert Atcheson, Robin Hoey, Lorraine Kittrell, Cheryl Peacock Pendergast, Patrick Cumba, and Jed Worrell (collectively, "District Defendants") have entered into a Settlement Agreement resolving this matter and jointly moved this Court to retain jurisdiction solely for the purpose of enforcing the District's obligation to pay the Settlement Amount as follows:

>    The Settlement Amount is payable only from the funds of the District of Columbia and may not be collected from any other defendant in this action or from any other person or entity.  This Settlement Amount is to be paid by check payable to The Partnership for Civil Justice Trust Account ( "the Payee"), within sixty (60) days of the execution of this Settlement Agreement; in the event that payment is not made within sixty (60) days of the execution of this Settlement Agreement, interest will accrue upon the Settlement Amount at the rate provided for by 28 U.S.C. Section 1961 for interest upon judgments commencing on the sixty-first (61st) day following the execution of this Settlement Agreement.  If payment of the Settlement Amount and such interest as may be provided for pursuant to the terms of this paragraph is not transmitted to the Payee within sixty-one (61) days of the execution of this Settlement Agreement,

the Payees may move to enforce the District's obligation to pay this Settlement Amount.

Upon consideration of the parties' joint motion and in the interests of justice, it is

ORDERED that the motion is hereby GRANTED; and it is further

ORDERED that this Court retains jurisdiction over claims against the District of Columbia solely for the purpose of enforcing the District's obligation to pay the Settlement Amount as set forth above.

_____
GLADYS KESSLER
United States District Judge

Serve upon:

All Counsel of Record