UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
INTERNATIONAL ACTION          )
  CENTER, et al.,             )
                              )
            Plaintiffs,       )
                              )
     v.                       ) Civil Action No. 01-72 GK
                              )
UNITED STATES OF AMERICA, et al., )
                              )
            Defendants.       )
                              )
```

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a), the parties to this action hereby enter into this Stipulation Of Dismissal under the following terms:

1) The parties agree that the pending claims in this action, seeking injunctive and declaratory relief against the Federal Defendants for alleged violations committed in connection with the January, 2001 Inauguration, are hereby dismissed with prejudice;

2) each party shall bear its own costs;

3) nothing in the disposition of this case can impact the pending litigation in A.N.S.W.E.R. Coalition v. Norton, Civil Action No. 05-0071 PLF;

4) and, should Plaintiffs later commence an action based upon or including the same claim against the Federal Defendants, defendants reserve the right under Fed. R. Civ. P. 41(d) to seek

to recoup the costs incurred in this action.

WHEREFORE, the above civil action is hereby dismissed.

Executed this 20th day of July, 2007.

Respectfully Submitted,

| /s/ Carl Messineo | /s/ Jeffrey A. Taylor |
|---|---|
| CARL MESSINEO, DC Bar #450033 | JEFFREY A. TAYLOR, DC Bar #498610 |
| MARA VERHEYDEN-HILLIARD, DC Bar #450031 | United States Attorney |
| Partnership for Civil Justice | |
| 2401 Pennsylvania Ave. | /s/ Rudolph Contreras |
| Suite 320 | RUDOLPH CONTRERAS, DC BAR #434122 |
| Washington, DC 20037 | Assistant United States Attorney |
| (202)955-5559 | |
| Attorneys for Plaintiff | /s/ Darrell C. Valdez |
| | DARRELL C. VALDEZ, DC BAR #420232 |
| | Assistant United States Attorney |
| | 555 Fourth Street, N.W. |
| | Washington, DC 20530 |
| | (202)307-2843 |
| | Attorneys for Federal Defendants |

It is so ORDERED by the Court this _____ day of _____, 2007.

_____
UNITED STATES DISTRICT JUDGE